**KJK** ®
KOHRMAN|JACKSON|KRANTZ

**ALEX E. JONES | Partner**

**Direct: 216.736.7241 | Mobile : 440.832.0599 | AEJ@kjk.com**

**VIA EMAIL AND REGULAR MAIL**

May 1, 2023

Amazon.com, Inc.
c/o Corporation Service Company
MC-CSC1, 300 Deschutes Way SW, Suite 208
Tumwater, WA 98501

   **Re: Zurn Elkay Water Solutions Corporation DMCA Takedown Notice**

Dear Sir or Madam:

The undersigned and the law firm of Kohrman Jackson & Krantz LLP represent Zurn Elkay Water Solutions Corporation ("***Zurn Elkay***"). A number of individuals and/or corporations (collectively, the "***Infringers***") are using Amazon.com to violate Zurn Elkays' copyright and other intellectual property rights in a number of images, text and illustrations via unauthorized access to Amazon Standard Identification Numbers ("***ASINs***").

All of the information you requested in accordance with the Digital Millennium Copyright Act ("DMCA") is included below:

- *The name and email addresses of the person submitting this notice, plus any additional contact details*: My name and all contact information is provided above. For clarification purposes, my name is Alex Jones, and my email address is aej@kjk.com.
- *The rights owner's name, if the notice is submitted by an agent of the rights owner*: Zurn Elkay owns the rights to the copyright and/or intellectual property of the products in question.
- *Identification of the intellectual property rights asserted*: Zurn Elkay provided copyrighted material to Amazon in connection with the ASIN for each of its products, including product descriptions, images, and other documentation regarding the products. Indeed, **all** of the (i) product descriptions; (ii) text; and (iii) images associated with the ASINs for Zurn Elkay products are Zurn Elkay's copyrighted material.[1] The use of these ASINs by Infringers is a violation of Zurn Elkay's rights in its copyrighted materials.
- *Identification of the specific content on Amazon believed to be infringing, by ASIN or URL*: The Infringers set forth on the attached Schedule A, listed by storefront name, is

---

[1] The copyrighted material is not registered, nor is it required to be under the DMCA.

**CLEVELAND**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS**
10 West Broad Street
One Columbus Center + Suite 1900
Columbus OH 43125

KJK.com

A LAW FIRM
BUILT FOR
BUSINESS



**ALEX E. JONES | Partner**

Direct: 216.736.7241 | **Mobile** : 440.832.0599 | AEJ@kjk.com

infringing on the copyrighted material for each ASIN or ASINs associated with such seller.

- *Statement that the information in this notice is accurate*: Under penalty of perjury, I certify that the information contained in this notice is both true and accurate.
- *Statement that the submitter is authorized to act on behalf of the rights owner and has a good-faith belief that the use of the content is not authorized by the rights owner, its agent, or the law*: I have the authority to act on behalf of the owner of the copyrights involved and am providing this notice in good faith, with the reasonable belief that rights Zurn Elkay owns are being infringed.

This letter acts as the official notification under Section 512(c) of the DMCA, and, on behalf of our client, we seek the removal of the listings by the Infringers for each of the ASINs listed above. **We further request that you immediately give notice to the Infringers of this notification, inform them of their duty to remove the listings immediately, and notify them to cease any further unauthorized posting of sales on Amazon.com in the future.**

The law requires you, as a service provider, to disable access to the infringing materials upon receiving this notice. Under U.S. law a service provider, such as yourself, enjoys immunity from a copyright lawsuit provided that you act with deliberate speed to investigate and rectify ongoing copyright infringement. If service providers do not investigate and remove or disable the infringing material this immunity is lost. Therefore, in order for you to remain immune from a copyright infringement action you will need to investigate and immediately remove or otherwise disable access to these ASINs by the Infringers and remove their postings with all due speed should the direct infringer not comply immediately.

In addition, please preserve all documents, including electronically stored information, relating to the sellers listed above, including, without limitation, all personally-identifying information pertaining to these sellers and all transaction records associated with these accounts.

**FOR THE AVOIDANCE OF DOUBT, WE HEREBY DEMAND THE IMMEDIATE REMOVAL OF THE INFRINGERS' LISTINGS.**

**THIS LETTER DOES NOT PURPORT TO BE A COMPLETE STATEMENT OF THE LAW, THE FACTS, OUR CLIENT'S RIGHTS OR POTENTIAL CLAIMS AND IS WITHOUT PREJUDICE TO ITS LEGAL AND EQUITABLE RIGHTS, ALL OF WHICH ARE EXPRESSLY RESERVED.**

**CLEVELAND**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS**
10 West Broad Street
One Columbus Center + Suite 1900
Columbus OH 43125

KJK.com

A LAW FIRM
BUILT FOR
BUSINESS



**ALEX E. JONES | Partner**

**Direct: 216.736.7241 | Mobile : 440.832.0599 | AEJ@kjk.com**

If there are any further questions regarding this urgent matter, I am reachable as noted above.

Sincerely,

Alex E. Jones, Esq.

**CLEVELAND**
1375 East Ninth Street
One Cleveland Center  +  29th Floor
Cleveland OH 44114

**COLUMBUS**
10 West Broad Street
One Columbus Center  +  Suite 1900
Columbus OH 43125

**KJK**.com

A LAW FIRM
**BUILT FOR
BUSINESS**



**ALEX E. JONES | Partner**

Direct: 216.736.7241 | Mobile : 440.832.0599 | AEJ@kjk.com

**SCHEDULE A**

| Seller Name | Seller ID | ASIN | Weblink |
|---|---|---|---|
| Faucets and More | A4CNSPXWOC6X9 | B001DEN91E | https://www.amazon.com/Elkay-EZS8L-Non-Filtered-Cooler-Granite/dp/B001DEN91E/ref=sr_1_2?keywords=elkay&m=A4CNSPXWOC6X9&qid=1682530262&s=merchant-items&sr=1-2 |
| Flow Home | A1MYOIS73CRSNF | B00BLXQ4HS | https://www.amazon.com/Elkay-98734C-Kit-Ez-Front-Side-Pushbars/dp/B00BLXQ4HS/ref=sr_1_1?keywords=elkay&m=A1MYOIS73CRSNF&qid=1682530405&s=merchant-items&sr=1-1&th=1 |
| SEKEGE | A3QTWFHERA9T9K | B007PB3NF6 | https://www.amazon.com/Zurn-Q5PC300XBLUE-Potable-Non-Barrier-Diameter/dp/B007PB3NF6/ref=sr_1_2?keywords=zurn&m=A3QTWFHERA9T9K&qid=1682449838&s=merchant-items&sr=1-2&th=1 |
| Overstock | A11OO2OHZG4UKY | B00VQKI3FW | https://www.amazon.com/Elkay-Quartz-Classic-ELG13322BK0-Single/dp/B00VQKI3FW/ref=sr_1_1?keywords=Elkay&m=A11OO2OHZG4UKY&qid=1682530506&s=merchant-items&sr=1-1&th=1 |
| GrandTrine~ | A1QC6LX02Z0BFX | B007PB3NF6 | https://www.amazon.com/Zurn-ZERK-C-WS1-TM-AquaSense-flush-valves-Chrome/dp/B007PB3NF6/ref=sr_1_1?keywords=zurn&m=A1QC6LX02Z0BFX&qid=1682449933&s=merchant-items&sr=1-1&ufe=app_do%3Aamzn1.fos.f5122f16-c3e8-4386-bf32-63e904010ad0 |
| Second Wind Sales | A3783Z2AA1DF98 | B007PB3NF6 | https://www.amazon.com/Zurn-Pex-QE44T-Elbow-Connector/dp/B007PB3NF6/ref=sr_1_1?keywords=zurn&m=A3783Z2AA1DF98&qid=1682450029&s=merchant-items&sr=1-1 |

**CLEVELAND**
1375 East Ninth Street
One Cleveland Center  +  29th Floor
Cleveland OH 44114

**COLUMBUS**
10 West Broad Street
One Columbus Center  +  Suite 1900
Columbus OH 43125

KJK.com

A LAW FIRM
BUILT FOR
BUSINESS

**KJK**
KOHRMAN JACKSON KRANTZ

**ALEX E. JONES | Partner**

Direct: 216.736.7241 | Mobile : 440.832.0599 | AEJ@kjk.com

| ePlumbing Products | A2X47XEJ723O8W | B077PN9X47 | https://www.amazon.com/Elkay-Wall-Mount-Pedestal-Fountain-Refilling/dp/B077PN9X47/ref=sr_1_1?keywords=Elkay&m=A2X47XEJ723O8W&qid=1682530597&s=merchant-items&sr=1-1&ufe=app_do%3Aamzn1.fos.17f26c18-b61b-4ce9-8a28-de351f41cffb&th=1 |
| --- | --- | --- | --- |
| Integrity Sales LLC | A2F2QAEDYJN1F6 | B00AM1WZE6 | https://www.amazon.com/Faucet-Metering-Push-NPT-0-5/dp/B00AM1WZE6/ref=sr_1_1?keywords=zurn&m=A2F2QAEDYJN1F6&qid=1682450111&s=merchant-items&sr=1-1 |
| TwinRiver | A2SWBNPJRG4RXF | B001U6IO88 | https://www.amazon.com/Zurn-Z7100-SS-LH-Single-Pressure-Balancing/dp/B001U6IO88/ref=sr_1_1?keywords=zurn&m=A2SWBNPJRG4RXF&qid=1682450207&s=merchant-items&sr=1-1&ufe=app_do%3Aamzn1.fos.f5122f16-c3e8-4386-bf32-63e904010ad0 |
| KASA Shop | A1UP1VQO268BGZ | B075TH3J71 | https://www.amazon.com/Elkay-LKQS35GR-Polymer-Removable-Strainer/dp/B075TH3J71/ref=sr_1_1?keywords=Elkay&m=A1UP1VQO268BGZ&qid=1682530676&s=merchant-items&sr=1-1&th=1 |
| Team FTO Store | A1CN8B8GK0RY9I | | |
| Box Stop | A2BYCTIVJ1S3UY | B0874TFQ99 | https://www.amazon.com/Zurn-ZERK-U-WS1-TM-AquaSense-flush-valves-Chrome/dp/B0874TFQ99/ref=sr_1_1?keywords=zurn&m=A2BYCTIVJ1S3UY&qid=1682451615&s=merchant-items&sr=1-1&ufe=app_do%3Aamzn1.fos.f5122f16-c3e8-4386-bf32-63e904010ad0 |
| WC Supply Co. | A20WFZR9RE2OEG | B00IPU9OHW | https://www.amazon.com/Zurn-Wilkins-12UFX12F-700XL-Check-Outlet/dp/B00IPU9OHW/ref=sr_1_2?keyword |

**CLEVELAND**
1375 East Ninth Street
One Cleveland Center  +  29th Floor
Cleveland OH 44114

**COLUMBUS**
10 West Broad Street
One Columbus Center  +  Suite 1900
Columbus OH 43125

KJK.com

A LAW FIRM
BUILT FOR
BUSINESS

**KJK** ✚
KOHRMAN|JACKSON|KRANTZ

**ALEX E. JONES | Partner**

Direct: 216.736.7241 | Mobile : 440.832.0599 | AEJ@kjk.com

| | | | |
|---|---|---|---|
| | | | s=zurn&m=A20WFZR9RE2OEG&qid=1682451688&s=merchant-items&sr=1-2 |
| regina luxury supply | A27C4QOG1VPFHW | B09GTGFLBH | https://www.amazon.com/Zurn-AquaSense%C2%AE-Touchless-Aerator-Widespread/dp/B09GTGFLBH/ref=sr_1_1?keywords=zurn&m=A27C4QOG1VPFHW&qid=1682451758&s=merchant-items&sr=1-1&th=1 |
| Onestopshopbh | A1EZB4LHAX1QKL | B005TU50GA | https://www.amazon.com/Zurn-2-SXL-Lead-Free-Screen-Strainer/dp/B005TU50GA/ref=sr_1_1?keywords=zurn&m=A1EZB4LHAX1QKL&qid=1682451827&s=merchant-items&sr=1-1 |
| Thrifty but Nifty KMCO | A1PN5IVWHXFK39 | B009GPW1YS | https://www.amazon.com/Zurn-Z83600-XL-Bubbler/dp/B009GPW1YS/ref=sr_1_1?keywords=zurn&m=A1PN5IVWHXFK39&qid=1682451937&s=merchant-items&sr=1-1&ufe=app_do%3Aamzn1.fos.f5122f16-c3e8-4386-bf32-63e904010ad0 |
| Southern Connect | A3O81UJWY0Y7KJ | B002SSIDVU | https://www.amazon.com/Zurn-QCRT4CM-Medium-Crimp-Metal/dp/B002SSIDVU/ref=sr_1_1?keywords=zurn&m=A3O81UJWY0Y7KJ&qid=1682452001&s=merchant-items&sr=1-1&ufe=app_do%3Aamzn1.fos.f5122f16-c3e8-4386-bf32-63e904010ad0 |
| AMZFASTSHOP | A218B2CWLO2ZCT | B06W9F66HP | https://www.amazon.com/Elkay-Quartz-Classic-ELG1616WH0-Single/dp/B06W9F66HP/ref=sr_1_1?keywords=Elkay&m=A218B2CWLO2ZCT&qid=1682946607&s=merchant-items&sr=1-1 |
| Simply Everything For You | A2IHTM6R84VZVD | | |

**CLEVELAND**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS**
10 West Broad Street
One Columbus Center + Suite 1900
Columbus OH 43125

KJK.com

A LAW FIRM
BUILT FOR
BUSINESS

**KJK**
KOHRMAN JACKSON KRANTZ

**ALEX E. JONES | Partner**

Direct: 216.736.7241 | Mobile : 440.832.0599 | AEJ@kjk.com

| | | | |
|---|---|---|---|
| Twin Cities Commodities Inc | A3LDVOL6AJGH6L | B005TU50GA | https://www.amazon.com/Zurn-2-SXL-Lead-Free-Screen-Strainer/dp/B005TU50GA/ref=sr_1_1?keywords=zurn&m=A3LDVOL6AJGH6L&qid=1682452093&s=merchant-items&sr=1-1&th=1 |
| PCC Discount | A23ZJ91ELXESH4 | B00DAS5MCA | https://www.amazon.com/Wilkins-12-375XL-Pressure-Backflow-Preventer/dp/B00DAS5MCA/ref=sr_1_1?keywords=zurn&m=A23ZJ91ELXESH4&qid=1682452164&s=merchant-items&sr=1-1&th=1 |
| VENTURE SUPPLY | A2YJZNLU44LXDO | B00IKVMEYQ | https://www.amazon.com/Zurn-34-NR3XLDUPEX-Pressure-Reducing-Connection/dp/B00IKVMEYQ/ref=sr_1_1?keywords=zurn&m=A2YJZNLU44LXDO&qid=1682452221&s=merchant-items&sr=1-1&ufe=app_do%3Aamzn1.fos.006c50ae-5d4c-4777-9bc0-4513d670b6bc |
| Hearthshire | A2ENTBEZKGXKVW | B012CPZEOM | https://www.amazon.com/SharkBite-Zurn-Coupling-Barb/dp/B012CPZEOM/ref=sr_1_1?keywords=zurn&m=A2ENTBEZKGXKVW&qid=1682452310&s=merchant-items&sr=1-1 |
| Plumbing fixtures | A1MUJJKYRHTET0 | | |
| GlovesAndStuff | A3JNRE7MU71YAH | | |
| Tools And More (Serial # Recorded) | A11BWKX35E6H2H | B00545A3VC | https://www.amazon.com/Zurn-ZERK-CPM-Flush-Automatic-Retrofit/dp/B00545A3VC/ref=sr_1_1?keywords=zurn&m=A11BWKX35E6H2H&qid=1682452439&s=merchant-items&sr=1-1&th=1 |
| Triad Global Resources | A1B3T4FT5GRNJL | B009GPXCNM | https://www.amazon.com/Zurn-ZTR6200EV-Sensor-Operated-Closets/dp/B009GPXCNM/ref=sr_1_1?keywords=zurn&m=A1B3T4FT5GRNJL&qid=1682452514&s=merchant-items&sr=1- |

**CLEVELAND**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS**
10 West Broad Street
One Columbus Center + Suite 1900
Columbus OH 43125

KJK.com

A LAW FIRM
BUILT FOR
BUSINESS

**KJK+**
KOHRMAN JACKSON KRANTZ

**ALEX E. JONES | Partner**

Direct: 216.736.7241 | **Mobile** : 440.832.0599 | **AEJ@kjk.com**

| | | | |
|---|---|---|---|
| | | | 1&ufe=app_do%3Aamzn1.fos.c3015c4a-46bb-44b9-81a4-dc28e6d374b3 |
| GreenStar Equipment | A1HF50TSP81G79 | B07B1R8X9S | https://www.amazon.com/Elkay-Classic-ELGU251912PDWH0-Undermount-Laundry/dp/B07B1R8X9S/ref=sr_1_1?keywords=Elkay&m=A1HF50TSP81G79&qid=1682530925&s=merchant-items&sr=1-1&th=1 |
| Nowlux | A3RLXPVTFDQRWL | | |
| Look-C-Bi | A28XO8HSJY1W7E | B07TTK13QQ | https://www.amazon.com/Zurn-34-VR10XL-Vacuum-Relief-Valve/dp/B07TTK13QQ/ref=sr_1_1?keywords=zurn&m=A28XO8HSJY1W7E&qid=1682452627&s=merchant-items&sr=1-1 |
| Jiffy Supply | A1LNERADFIB83D | | |
| Three-Fifteen.Inc | A2O40CR315HUAR | B0012LL56E | https://www.amazon.com/Zurn-GT2700-10-2NH-GT2700-No-Hub-Control/dp/B0012LL56E/ref=sr_1_1?keywords=zurn&m=A2O40CR315HUAR&qid=1682452701&s=merchant-items&sr=1-1&ufe=app_do%3Aamzn1.fos.c3015c4a-46bb-44b9-81a4-dc28e6d374b3 |
| Bunji | A2PC76C72EEZTS | B00OZH3MA4 | https://www.amazon.com/Zurn-ZTR6203-ULF-Sensor-Operated-Urinal/dp/B00OZH3MA4/ref=sr_1_1?keywords=zurn&m=A2PC76C72EEZTS&qid=1682452909&s=merchant-items&sr=1-1&ufe=app_do%3Aamzn1.fos.c3015c4a-46bb-44b9-81a4-dc28e6d374b3 |
| Streem | A3389QWC859FMI | B00GG1Q1DW | https://www.amazon.com/Zurn-1-NR3XLDUC-Lead-Free-Pressure-Reducing/dp/B00GG1Q1DW/ref=sr_1_1?keywords=zurn&m=A3389QWC859FMI&qid=1682452977&s=merchant-items&sr=1-1 |

**CLEVELAND**
1375 East Ninth Street
One Cleveland Center + 29th Floor
Cleveland OH 44114

**COLUMBUS**
10 West Broad Street
One Columbus Center + Suite 1900
Columbus OH 43125

KJK.com

A LAW FIRM
BUILT FOR
BUSINESS

**KJK**
KOHRMAN JACKSON KRANTZ

**ALEX E. JONES | Partner**

Direct: 216.736.7241 | Mobile : 440.832.0599 | AEJ@kjk.com

| Discount Designer Home | A3PBL47050LT0Y | B009GPSM00 | https://www.amazon.com/Zurn-P6000-ER15-Aquaflush-Replacement-Flow-Rings/dp/B009GPSM00/ref=sr_1_1?keywords=zurn&m=A3PBL47050LT0Y&qid=1682453053&s=merchant-items&sr=1-1 |
|---|---|---|---|
| BHRT Naturals | AAQJ0LY6AXJ10 | B004WEJZA6 | https://www.amazon.com/Zurn-1-600XL-Wilkins-Pressure-Reducing/dp/B004WEJZA6/ref=sr_1_1?keywords=zurn&m=AAQJ0LY6AXJ10&qid=1682453111&s=merchant-items&sr=1-1&th=1 |
| Volusia Liquidators LLC | AHVDKHEHYCLYW | B010SAFE34 | https://www.amazon.com/AquaSpec-Sprayer-Assembly-female-thread/dp/B010SAFE34/ref=sr_1_1?keywords=zurn&m=AHVDKHEHYCLYW&qid=1682453181&s=merchant-items&sr=1-1 |
| Home Essentials | AKDENCFW3A9SI | B009HEGCYI | https://www.amazon.com/Elkay-51299c-WaterSentry-Replacement-Fountains/dp/B009HEGCYI/ref=sr_1_1?keywords=Elkay&m=AKDENCFW3A9SI&qid=1682610521&s=merchant-items&sr=1-1&th=1 |

**CLEVELAND**
1375 East Ninth Street
One Cleveland Center  +  29th Floor
Cleveland OH 44114

**COLUMBUS**
10 West Broad Street
One Columbus Center  +  Suite 1900
Columbus OH 43125

KJK.com

A LAW FIRM
BUILT FOR
BUSINESS